IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL WINSLOW | : | CIVIL ACTION |
|  | : | NO. 14-04550 |
| v. | : |  |
|  | : |  |
| STEVENS, et al. | : |  |

## **ORDER**

AND NOW, this 21st day of January, 2015, upon consideration of the motion to dismiss of defendants the Honorable Correale Stevens, the Honorable Anne Lazarus and the Honorable Robert Colville (Dkt. No. 3), plaintiff's response (Dkt. No. 5) and consistent with the accompanying memorandum of law, it is ORDERED that the Motion is GRANTED and plaintiff's complaint is DISMISSED.

                                                              *s/Thomas N. O'Neill, Jr.*
                                                              THOMAS N. O'NEILL, JR., J.